L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
VICK WEST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VICK WEST,<br><br>　　　　　Defendants. | No.  CR. S-09-133 JAM<br><br>STIPULATION AND ORDER<br>TO CONTINUE THE STATUS<br>CONFERENCE FROM JUNE 30, 2009<br>TO JULY 28, 2009 AT 9:30 A.M. |

　　　　IT IS HEREBY STIPULATED AND AGREED between the defendant, Vick West, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Samantha Spangler, that the status conference scheduled for June 30, 2009 should be continued to July 28, 2009 at 9:30 a.m.

　　　　The reason for the continuance is that Bruce Locke, defense counsel for Mr. West, has only recently been appointed to represent Mr. West and Mr. Locke needs additional time to review the discovery and to determine whether any motions are appropriate.  The parties request the Court to exclude time under the Speedy Trial Act from June 10, 2009 to July 28, 2009 to allow for defense preparation and because the ends of justice outweigh the interest of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h) (I) (v) (8) and Local Code T4.  Ms. Spangler has authorized Mr. Locke to sign this document for her.

DATED: June 24, 2009　　　　　　　　　　　　　　/S/ Bruce Locke
　　　　　　　　　　　　　　　　　　　　　　　　BRUCE LOCKE
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Vick West

1

DATED: June 24, 2009                    /S/ Bruce Locke
                                        for SAMANTHA SPANGLER
                                        Attorney for the United States

IT IS SO ORDERED.

DATED:  June 24, 2009                   /s/ John A. Mendez

                                        JOHN A. MENDEZ.

                                        United States District Judge

2