LAWRENCE G. BROWN
Acting United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:09-cr-133 JAM |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| VICK ANTHONY WEST, SR., ) | |
| Defendant. ) | |

## Stipulation

The parties are in the process of negotiating a plea agreement and continuing to investigate the possible consequences of a guilty plea.  Therefore, the parties, through undersigned counsel, stipulate that the status conference scheduled for July 28, 2009, may be continued to September 29, 2009, at 9:30 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of September 29, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

1

1   Defense counsel has authorized the prosecutor to sign this
2  stipulation on his behalf.
3  DATED: July 16, 2009            LAWRENCE G. BROWN
                                    Acting United States Attorney
4
5                                   by   /s/
                                         Samantha S. Spangler
6                                        Assistant U.S. Attorney
7
8  DATED: July 16, 2009            by   /s/  for
                                         Bruce Locke
9                                        Counsel for Defendant
                                         Vick Anthony West, Sr.
10
11                                  Order
12      Good cause appearing, the status conference scheduled for July
13 28, 2009, is ordered continued to September 29, 2009, at 9:30 a.m.
14 The Court finds that the interests of justice served by granting
15 this continuance outweigh the interests of the defendant and the
16 public in a speedy trial.  Therefore, time is excluded from the
17 speedy trial calculation under the Speedy Trial Act through the new
18 status conference date of September 29, 2009, pursuant to 18 U.S.C.
19 § 3161(h)(8)(B)(iv) and Local Code T4.
20      IT IS SO ORDERED.
21 DATED: July 17, 2009            /s/ John A. Mendez
                                    JOHN A. MENDEZ, JUDGE
22                                  UNITED STATES DISTRICT COURT

2