1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:09-cr-133 JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| VICK ANTHONY WEST, SR., | ) | |
| Defendant. | ) | |

<u>Stipulation</u>

The parties are in the process of negotiating a plea agreement and continuing to investigate the possible consequences of a guilty plea.  Therefore, the parties, through undersigned counsel, stipulate that the status conference scheduled for September 29, 2009, may be continued to December 15, 2009, at 9:30 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of December 15, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

1  Defense counsel has authorized the prosecutor to sign this
2  stipulation on his behalf.
3  DATED: September 21, 2009          LAWRENCE G. BROWN
                                       United States Attorney
4
5                                  by  /s/
                                       Samantha S. Spangler
6                                      Assistant U.S. Attorney
7
8  DATED: September 21, 2009       by  /s/   for
                                       Bruce Locke
9                                      Counsel for Defendant
                                       Vick Anthony West, Sr.
10
11                              Order
12     Good cause appearing, the status conference scheduled for
13 September 29, 2009 is ordered continued to December 15, 2009, at
14 9:30 a.m.  The Court finds that the interests of justice served by
15 granting this continuance outweigh the interests of the defendant
16 and the public in a speedy trial.  Therefore, time is excluded from
17 the speedy trial calculation under the Speedy Trial Act through the
18 new status conference date of December 15, 2009, pursuant to 18
19 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.
20     IT IS SO ORDERED.
21 DATED: September 22, 2009
                                       /s/ John A. Mendez
22                                     JOHN A. MENDEZ, JUDGE
                                       UNITED STATES DISTRICT COURT