1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-133 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| VICK ANTHONY WEST, SR., | |
| Defendant. | |

## Stipulation

The parties are in the process of negotiating a plea agreement and continuing to investigate the possible consequences of a guilty plea. Therefore, the parties, through undersigned counsel, stipulate that the status conference scheduled for December 15, 2009, may be continued to February 23, 2010, at 9:30 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of February 23, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

1

Defense counsel has authorized the prosecutor to sign this stipulation on his behalf.

DATED: December 2, 2009          BENJAMIN B. WAGNER
                                 United States Attorney


                            by   /s/
                                 Samantha S. Spangler
                                 Assistant U.S. Attorney


DATED: December 2, 2009     by   /s/ for
                                 Bruce Locke
                                 Counsel for Defendant
                                 Vick Anthony West, Sr.

## Order

Good cause appearing, the status conference scheduled for December 15, 2009 is ordered continued to February 23, 2010, at 9:30 a.m. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of February 23, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

IT IS SO ORDERED.

DATED: December 1, 2009          /s/ John A. Mendez
                                 JOHN A. MENDEZ, JUDGE
                                 UNITED STATES DISTRICT COURT