1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:09-cr-133 JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| VICK ANTHONY WEST, SR., | ) | |
| Defendant. | ) | |

<u>Stipulation</u>

The parties are still in the process of negotiating a plea agreement and continuing to investigate the possible consequences of a guilty plea.  Therefore, the parties, through undersigned counsel, stipulate that the status conference scheduled for February 23, 2010, should be continued to April 27, 2010, at 9:30 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of February 23, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

1

1  Defense counsel has authorized the prosecutor to sign this
2  stipulation on his behalf.
3  DATED: February 19, 2010          BENJAMIN B. WAGNER
                                      United States Attorney
4
5                                  by   /s/ Samantha S. Spangler
                                        Samantha S. Spangler
6                                       Assistant U.S. Attorney
7
8  DATED: February 19, 2010     by   /s/ Samantha S. Spangler  for
                                     Bruce Locke
9                                    Counsel for Defendant
                                     Vick Anthony West, Sr.
10

11                               Order

12      Good cause appearing, the status conference scheduled for
13 February 23, 2010, is ordered continued to April 27, 2010, at 9:30
14 a.m.  The Court finds that the interests of justice served by
15 granting this continuance outweigh the interests of the defendant
16 and the public in a speedy trial.  Therefore, time is excluded from
17 the speedy trial calculation under the Speedy Trial Act through the
18 new status conference date of April 27, 2010, pursuant to 18 U.S.C.
19 § 3161(h)(7)(B)(iv) and Local Code T4.
20      IT IS SO ORDERED.
21 DATED: February 19, 2010          /s/ John A. Mendez
                                     JOHN A. MENDEZ, JUDGE
22                                   UNITED STATES DISTRICT COURT
23
24
25
26
27
28