L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
VICK WEST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR. S-09-133 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE THE STATUS |
| v. | ) | CONFERENCE FROM May 4, 2010 |
| | ) | TO JUNE 15, 2010 AT 9:30 A.M. |
| VICK WEST, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Vick West, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Samantha Spangler, that the status conference scheduled for May 4, 2010 should be continued to June 15, 2010 at 9:30 a.m.

The reason for the continuance is that defense counsel for Mr. West needs additional time to consider and to discuss with his client whether to resolve the case without trial.  Accordingly, the time between May 4, 2010 and June 15, 2010 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.   The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). . Ms. Spangler has authorized Mr. Locke to sign this document for her.

DATED: May 3, 2010                           /S/ Bruce Locke
                                             BRUCE LOCKE
                                             Attorney for Vick West

1

DATED: May 3, 2010                             /S/ Bruce Locke
                                         for SAMANTHA SPANGLER
                                         Attorney for the United States




          IT IS SO ORDERED.


DATED: May 4, 2010                       /s/ John A. Mendez
                                         JOHN A. MENDEZ.
                                         United States District Judge