L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
VICK WEST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-09-133 JAM |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE THE DATE FOR |
| v. | ) | SENTENCING FROM DECEMBER 14, |
| | ) | 2010 TO JUNE 28, 2011 AT 9:30 A.M. |
| VICK WEST, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Vick West, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Samantha Spangler, that the date for sentencing that is currently scheduled for December 14, 2010 should be continued to June 28, 2011 at 9:30 a.m. The following schedule is proposed:

| | |
| --- | --- |
| Sentencing date: | 6/28/11 at 9:30 a.m. |
| Motion for Correction of PSR | 6/14/11 |
| PSR filed with Court | 6/7/11 |
| Informal Objections | 5/31/11 |
| PSR to counsel | 5/17/11 |

The reason for the continuance is that neither the government nor the defendant are prepared to do the sentencing and need additional time to prepare.

1

1
2
3  DATED: November 30, 2010                /S/ Bruce Locke
                                           BRUCE LOCKE
4                                          Attorney for Vick West
5
6
7  DATED: November 30, 2010                /S/ Bruce Locke
                                           for SAMANTHA SPANGLER
                                           Attorney for the United States
8
9
10
11         IT IS SO ORDERED.
12
13  DATED: November 30, 2010
                                           /s/ John A. Mendez
14                                         JOHN A. MENDEZ.
                                           United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29                                    2