BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>VICK ANTHONY WEST, SR.,<br><br>      Defendant. | Case No. 2:09-cr-133 KJM<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING HEARING |

### Stipulation

The parties, through undersigned counsel, stipulate that the judgment and sentencing hearing scheduled for June 28, 2011, should be continued to January 12, 2012, at 10:00 a.m. Additionally, the parties agree to the following amended schedule for disclosure of the Presentence Investigation Report:

| | |
|---|---|
| Draft PSR due to counsel: | December 1, 2011 |
| Information objections due: | December 15, 2011 |
| Final PSR due: | December 22, 2011 |
| Motions to Correct the PSR due: | December 29, 2011 |
| Reply briefs due: | January 5, 2012 |

///

1

1 | Defense counsel has authorized the prosecutor to sign this
2 | stipulation on his behalf.

3 | DATED: May 16, 2011                    BENJAMIN B. WAGNER
                                            United States Attorney
4 |
5 |                                 by   /s/ Samantha S. Spangler
                                         Samantha S. Spangler
6 |                                      Assistant U.S. Attorney

7 | DATED: May 16, 2011             by   /s/ Samantha S. Spangler for
                                         Bruce Locke
8 |                                      Counsel for Defendant

9 |                                Order

10 |    The judgment and sentencing hearing scheduled for June 30,
11 | 2011, is ordered continued to January 12, 2012, at 10:00 a.m.  It is
12 | further ordered that the Court adopts the amended Presentence
13 | Investigation Report disclosure schedule suggested herein by the
14 | parties.
15 |    IT IS SO ORDERED.
16 | DATED: May 18, 2011.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

2